UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALL FUNDS IN BANCA PRIVADA d'ANDORRA ) <br> Interbank Accounts In The United States ) <br> In An Amount Up To And Including The Amount ) <br> Of $6,686,930.00, Which Is Equivalent To ) <br> The Value Of All Funds Now On Deposit In ) <br> Banca Privada D'Andorra Account Number, *etc.*, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:09-cv-02018-ABJ <br><br> **FILED** <br> JAN 1 9 2012 <br> Clerk, U.S. District & Bankruptcy <br> Courts for the District of Columbia |

## ORDER

This matter comes before the Court on the plaintiff United States government's Motion For Order To Release $2,126,374.48. Plaintiff reports that this Court's warrants of arrest *in rem* issued when plaintiff filed its amended forfeiture complaint on August 3, 2011, resulted in seizure of $6,686,930.00 on August 12, 2011. Of this sum, plaintiff indicates that it shall not continue to seek forfeiture of a total of $2,126,374.48, which is based upon the fluctuation in the value of the assets in the underlying, original defendant property and in exchange rates. In keeping with Title 18, United States Code, Section 981(k), plaintiff further asks the Court to release this sum to Banca Privada d'Andorra. Therefore, it is by the Court this 17th day of December 2011

***ORDERED***, that plaintiff's motion be, and the same hereby is, ***GRANTED***; and it is further

***ORDERED***, that plaintiff shall cause to be released to Banca Privada d'Andorra or its authorized counsel or representative $2,126,374.48 in keeping with standard government management, accounting, and payment practices, including any requirement for the payee to file an

ACH form with the government before receiving payment, and plaintiff shall not be required to make such release until ten calendar days after the receipt by plaintiff's counsel of a properly completed ACH form.

/s/ Amy B. Jackson
_____
AMY BERMAN JACKSON
United States District Judge
United States District Court for the District of Columbia