UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                           )<br>            Plaintiff,                              )<br>                                                           )<br>            v.                                          )<br>                                                           )<br>ALL FUNDS IN BANCA PRIVADA d'ANDORRA )<br>Interbank Accounts In The United States  )<br>In An Amount Up To And Including The Amount )<br>Of $6,686,930.00, *etc.*,                      )<br>                                                           )<br>            Defendant.                          )<br>_____)<br>                                                           )<br>BANCA PRIVADA d'ANDORRA,      )<br>                                                           )<br>            Claimant.                            )<br>_____)  | No. 1:09-cv-02018-ABJ |

### PLAINTIFF'S STATUS REPORT

***COMES NOW***, the plaintiff United States of America, by and through the United States Attorney for the District of Columbia, and respectfully submits this status report.  As we advised the Court in the previous status report, an international agreement was signed by the United States and the Principality of Andorra on February 14, 2013 and the government has provided claimant's counsel with a draft document to resolve this matter without further litigation.  Claimant's counsel has provided a counter proposal that the Government is reviewing and needs additional time to consider.  The government proposes that it file another status report with the Court on or before April 9, 2013, to advise the Court how the parties intend to proceed.  The government further requests that the claimant's time to file an answer or otherwise respond to the amended verified complaint of forfeiture be extended to April 26, 2013.

**WHEREFORE**, plaintiff respectfully requests that this Court accept this status report.

                        Respectfully submitted,

                        */s/ Ronald C. Machen Jr.*
                        RONALD C. MACHEN JR., D.C. Bar No. 447889
                        United States Attorney

                        */s/ Arvind K. Lal*
                        ARVIND K. LAL, D.C. Bar No. 389496
                        Assistant United States Attorney
                        Chief, Asset Forfeiture and Money Laundering Section


                        Counsel for Plaintiff United States

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was transmitted by e-mail to Mr. Jeffrey F. Robertson, Esq. jeffrey.robertson@srz.com; Ms. Betty Santangelo, Esq. betty.santangelo@srz.com; and Ms. Sung-Hee Suh, Esq. sung-hee.suh@srz.com; who have entered appearances as claimant's counsel, Schulte Roth & Zabel LLP, 1152 Fifteenth Street, N.W., Suite 850, Washington, DC 20005; (202) 729-7478; Fax: (202) 730-4520 and 919 Third Avenue, New York, N.Y. 10022; (212) 756-2418, on February 20, 2013.

                        */s/ Arvind K. Lal*
                        Assistant United States Attorney