# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:09-cv-02018-ABJ |
| | ) |
| **ALL FUNDS IN BANCA PRIVADA d'ANDORRA** | ) |
| Interbank Accounts In The United States | ) |
| In An Amount Up To And Including The Amount | ) |
| Of $6,686,930.00, *etc.*, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| **BANCA PRIVADA d'ANDORRA,** | ) |
| | ) |
| Claimant. | ) |

## PLAINTIFF'S STATUS REPORT

***COMES NOW***, the plaintiff United States of America, by and through the United States Attorney for the District of Columbia, and respectfully submits this status report. As we advised the Court in the previous status report, an international agreement was signed by the United States and the Principality of Andorra on February 14, 2013. The United States has been advised that on March 12, 2013, the Government of Andorra approved the ratification of the Agreement and on March 21, 2013, the Agreement was sent to the Andorran Parliament. On March 28, 2013, the Agreement was published in the Official Gazet of the Parliament. The next step in the process is for the Agreement to be approved by the Andorran Parliament. The undersigned was not advised of a specific date for such consideration by the Parliament. After the Agreement has been approved by the Parliament, the United States would then seek to recover the funds from the Andorran Government pursuant to the Agreement. The parties are in the process of exchanging documents that would govern the

resolution of this matter without further litigation.  Plaintiff's counsel believes that the process with the Andorran government may take a few months, however, because this matter has been pending since August 2011, counsel for the claimant has agreed only to a 30 day extension.  Accordingly, the government proposes that it file another status report with the Court on or before May 9, 2013, to advise the Court how the parties intend to proceed.  The government further requests that the claimant's time to file an answer or otherwise respond to the amended verified complaint of forfeiture be extended to May 24, 2013.

      **WHEREFORE**, plaintiff respectfully requests that this Court accept this status report.

Respectfully submitted,

 /s/ Ronald C. Machen Jr.
RONALD C. MACHEN JR., D.C. Bar No. 447889
United States Attorney

 /s/ Arvind K. Lal
ARVIND K. LAL, D.C. Bar No. 389496
Assistant United States Attorney
Chief, Asset Forfeiture and Money Laundering Section


Counsel for Plaintiff United States

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing was transmitted by e-mail to Mr. Jeffrey F. Robertson, Esq. jeffrey.robertson@srz.com; Ms. Betty Santangelo, Esq. betty.santangelo@srz.com; and Ms. Sung-Hee Suh, Esq. sung-hee.suh@srz.com; who have entered appearances as claimant's counsel, Schulte Roth & Zabel LLP, 1152 Fifteenth Street, N.W., Suite 850, Washington, DC 20005; (202) 729-7478; Fax: (202) 730-4520 and 919 Third Avenue, New York, N.Y. 10022; (212) 756-2418, on February 20, 2013.

 /s/ Arvind K. Lal
Assistant  United States Attorney