UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ALL FUNDS IN BANCA PRIVADA d'ANDORRA** )<br>Interbank Accounts In The United States )<br>In An Amount Up To And Including The Amount )<br>Of $6,686,930.00, *etc.*, )<br>)<br>Defendant. )<br>_____)<br>)<br>**BANCA PRIVADA d'ANDORRA,** )<br>)<br>Claimant. )<br>_____) | No. 1:09-cv-02018-ABJ |

## **PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notifies the Court that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it dismisses this action without prejudice.  In support thereof, Plaintiff advises the Court that it will pursue the funds in question pursuant to the international agreement that was signed by the United States and the Principality of Andorra on February 14, 2013, rather than through this action.

Respectfully submitted,

 /s/ Ronald C. Machen Jr.

RONALD C. MACHEN JR., D.C. Bar No. 447889
United States Attorney

 /s/ Arvind K. Lal
ARVIND K. LAL, D.C. Bar No. 389496
Assistant United States Attorney
Chief, Asset Forfeiture and Money Laundering Section

Counsel for Plaintiff United States

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was transmitted by e-mail to Mr. Jeffrey F. Robertson, Esq. jeffrey.robertson@srz.com; Ms. Betty Santangelo, Esq. betty.santangelo@srz.com; and Ms. Sung-Hee Suh, Esq. sung-hee.suh@srz.com; who have entered appearances as claimant's counsel, Schulte Roth & Zabel LLP, 1152 Fifteenth Street, N.W., Suite 850, Washington, DC 20005; (202) 729-7478; Fax: (202) 730-4520 and 919 Third Avenue, New York, N.Y. 10022; (212) 756-2418, on May 9, 2013.

     /s/ Arvind K. Lal
    Assistant  United States Attorney